```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
            -v-                                               :      25-MJ-2944 (UA)-3
                                                              :
JAIDN RAMIREZ,                                                :      ORDER RESCHEDULING
                                                              :      BAIL STATUS HEARING
                         Defendant(s).                        :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025

KATHARINE H. PARKER, United States Magistrate Judge:

The Bail Status Hearing in this matter that is scheduled for Monday, December 1, 2025, at 4:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is now rescheduled to **Monday, December 15, 2025, at 4:30 p.m.**

**SO ORDERED.**

Dated: November 20, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

Case 1:25-mj-02944-UA    Document 26    Filed 11/20/25    Page 2 of 2