UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

              :

UNITED STATES OF AMERICA        :

              :

       -v-        :        25-MJ-2944 (UA)-3

              :

JAIDN RAMIREZ,         :     <u>ORDER RESCHEDULING</u>

              :     <u>BAIL STATUS HEARING</u>

        Defendant(s).    :

              :

-------------------------------------------------------------------- X

KATHARINE H. PARKER, United States Magistrate Judge:

      The Bail Status Hearing in this matter that is scheduled for Monday, December 15, 2025,

at 4:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is now rescheduled to

**<u>Monday, January 5, 2026, at 4:00 p.m.</u>**

      **SO ORDERED.**

Dated: December 15, 2025
      New York, New York

                          _____

                            KATHARINE H. PARKER
                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 12/15/2025